**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 00-30142
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

VERSUS

CEDRIC MILBURN,

Defendant-Appellant.

Appeal from the United States District Court
for the Western District of Louisiana

December 20, 2000

Before JOLLY, WIENER and PARKER, Circuit Judges

PER CURIAM:[*]

Federal Public Defender Wayne J. Blanchard has filed a motion to withdraw from the representation of defendant Cedric Milburn, after having filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). After reviewing the record and briefs, we find no non-frivolous issues in this appeal. Consequently, the appeal is DISMISSED and counsel's motion for leave to withdraw is GRANTED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.